UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re                                                                            Chapter 11

1280 M&F MANAGEMENT LLC                                  Case No. 10-22259(rdd)

                                 Debtor.
-------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

       1280 Management LLC (the "Debtor"), having filed a petition under Chapter 11 of the Bankruptcy Code on February 12, 2010; and the Court having determined that a Case Management Conference will aid in the efficient conduct of the case and entry of such order is advisable by Local Rule 1007-2, it is

       ORDERED, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the the Honorable Robert D. Drain on March 11, 2010 at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

       ORDERED, that the Debtor shall give notice by mail of this order at least ten days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated:      White Plains, New York
              February 17, 2010

                                                 /s/Robert D. Drain
                                                UNITED STATES BANKRUPTCY JUDGE